# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**MICHAEL LAURATO and LAMANCHA THOROUGHBREDS, LLC,**

      **Plaintiffs,**

v.                                                   Case No. 5:21-cv-176-ACC-PRL

**GREAT AMERICAN INSURANCE COMPANY,**

      **Defendant.**

## ORDER OF DISMISSAL

The Court has been advised by **the Mediator** that the above-styled action has been settled. (Doc. 31). Accordingly, pursuant to Local Rule 3.09(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on October 22, 2021.

*[Signature]*
ANNE C. CONWAY
United States District Judge

- 2 -

**COPIES FURNISHED TO:**

Counsel of Record

- 2 -